

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:   12–31829 – DK    Chapter:  7

| John P. Collison | Christine P. Collison |
| 25810 Burrsville Road | 25810 Burrsville Road |
| Denton, MD 21629 | Denton, MD 21629 |

## ORDER STRIKING DISCHARGE ENTERED IN ERROR

It would appear that discharge of the above–captioned Debtor(s) was entered in error by Order of this Court dated April 10, 2013. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that aforesaid discharge is stricken.

cc:   Debtor(s)
      Attorney for Debtor(s) – Ann Shaw
      All Creditors and Parties in Interest

**End of Order**

40.1 – *smckenna*